**David BROWN, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 17, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2012, the Order of the Commonwealth Court is **AFFIRMED.**